**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| David G. Velde,<br>　　　　　　　Plaintiff,<br>vs.<br>P. M. Farming, Inc.,<br>　　　　　　　Defendant. | Civil No. 06-2310 (RHK/RLE)<br><br>**ORDER REGARDING STIPULATION TO REMAND TO UNITED STATES BANKRUPTCY COURT** |

---

This matter came before the Court via Stipulation to Remand to United States Bankruptcy Court. Based upon the executed Stipulation, and upon all files, records and proceedings herein:

**IT IS HEREBY ORDERED**:

1. The Stipulation to Remand to United States Bankruptcy Court is approved in its entirety; and

2. This case shall be remanded to Bankruptcy Court so that the Settlement Agreement may be enforced and so that the Bankruptcy Court may issue a non-appealable Order.

Dated: August 21, 2006

　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　United States District Judge